United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO POLANCO-OZORTO, Petitioner, | § § § § | |
| v. | § § § | Civil Action No. 1:16-cv-130 (Criminal No. 1:13-cr-346-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Polanco-Ozorto's § 2255 Motion (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. As such, Polanco-Ozorto's Motion for Appointment of Counsel (Docket No. 2) is **DENIED** as moot. A certificate of appealability shall not issue.

Signed on this 29th day of July, 2016

Rolando Olvera
United States District Judge